[This opinion has been published in *Ohio Official Reports* at 80 Ohio St.3d 280.]

MCLAUGHLIN ET AL., APPELLANTS, *v*. LOWMAN, D.B.A. LOWMAN LUMBER, APPELLEE AND CROSS-APPELLANT.

[Cite as *McLaughlin v. Lowman*, 1997-Ohio-118.]

*Torts—Unauthorized removal of timber from private property—Criminal conviction is not a prerequisite to the imposition of civil liability for treble damages under R.C. 901.51.*

(No. 97-1239—Submitted October 7, 1997—Decided November 19, 1997.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Pike County, No. 96 CA 572.

————————————

*Wilson Law Office* and *Charles H. Wilson, Jr.*, for appellants.

*Phillips & Street* and *David M. Phillips;* and *Randy D. Deering*, for appellee and cross-appellant.

————————————

{¶ 1} The discretionary appeal is allowed.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings consistent with *Wooten v. Knisley* (1997), 79 Ohio St.3d 282, 680 N.E.2d 1245.

{¶ 3} The discretionary cross-appeal is denied.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————